**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
Mark J. Green (SBN: 361513)
mark@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Nidal Khatib

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NIDAL KHATIB,**<br><br>                    Plaintiff,<br><br>        vs.<br><br>**JMS INDUSTRIES, LLC d/b/a CANYON LEGAL GROUP, LLC a/k/a JON SCHULTE & ASSOCIATES, LLC.**<br><br>                    Defendants. | Case No.: 5:24-cv-01125-MCS-SSC<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND AWARD OF ATTORNEYS' FEES AND COSTS AGAINST DEFENDANT JMS INDUSTRIES, LLC d/b/a CANYON LEGAL GROUP, LLC a/k/a JON SCHULTE & ASSOCIATES, LLC**<br><br>Date:    January 12, 2026<br>Time:    9:00 A.M.<br>Dept.:   Courtroom 7C<br>Judge:  Hon. Mark C. Scarsi<br><br>[No Oral Argument Requested] |

//

//

NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT
AND AWARD OF ATTORNEY'S FEES AND COSTS

**TO DEFENDANT JMS INDUSTRIES, LLC d/b/a CANYON LEGAL GROUP, LLC a/k/a JON SCHULTE & ASSOCIATES, LLC AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on **January 12, 2026, at 9:00 a.m. in Courtroom 7C** in the United States Courthouse for the Central District of California located at the First Street U.S. Courthouse 350 W 1st Street, Suite 4311 Los Angeles, CA 90012, Plaintiff NIDAL KHATIB ("Plaintiff"), by and through Plaintiff's counsel of record, will move this Court for Default Judgment and award of attorneys' fees and costs against Defendant JMS INDUSTRIES, LLC d/b/a CANYON LEGAL GROUP, LLC a/k/a JON SCHULTE & ASSOCIATES, LLC ("Defendant").

This motion is based upon the instant Notice of Motion, the attached Memorandum of Points and Authorities in Support thereof, the Declaration of Plaintiff's Counsel, and all papers and records on file herein. Plaintiff submits on the pleadings and requests no oral argument, unless requested by the Court.

Dated: December 1, 2025              Respectfully submitted,

                                          **KAZEROUNI LAW GROUP, APC**

                              By: /s/ Mona Amini
                                 Mona Amini, Esq.
                                 *Attorneys for Plaintiff*

KAZEROUNI LAW GROUP, APC

**CERTIFICATE OF SERVICE**

I am over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On December 1, 2025, I served the within document(s):

- **NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND AWARD OF ATTORNEY'S FEES AND COSTS**
- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AND AWARD OF ATTORNEY'S FEES AND COSTS**
- **DECLARATION OF MONA AMINI IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AND AWARD OF ATTORNEY'S FEES AND COSTS; AND EXHIBIT A**
- **DECLARATION OF NIDAL KHATIB IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AND AWARD OF ATTORNEY'S FEES AND COSTS**
- **[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND AWARD OF ATTORNEY'S FEES AND COSTS**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, OR placed the envelope for collection and mailing, following our ordinary business practices, in the United States mail at Costa Mesa, California, addressed as set forth below.

**RICHARD K. GUSTAFSON, II, ESQ.**
**GUSTAFSON LEGAL, P.C.**
**2906 CENTRAL STREET, STE. 184**
**EVANSTON, IL 60201**

***Principal Office Address for Defendant***
***JMS Industries LLC d/b/a Canyon Legal Group, LLC***
***a/k/a Jon Schulte & Associates, LLC***

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 1, 2025.

_____/s/ Mona Amini_____
MONA AMINI